| | | |
|---|---|---|
| ✓ FILED | RECEIVED |
| ___ ENTERED | ___ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

**JUL 06 2021**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ _SR_ ___ DEPUTY

1  Case No._____
2  Dept. No._____

3
4  IN THE_____ JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
   IN AND FOR THE COUNTY OF _____
5

6
7  Jasmine Paul Sanchez )
                Plaintiff,      )
8     Vs.                       )      STATE CIVIL RIGHTS COMPLAINT
                                )
9                               )
10 Ely State Prison             )      3:21-cv-00292
                Defendant.      )
11

"NO COPY"

12
13     Comes now Plaintiff, and for his cause of action, complains of Defendants, and each of them as

14 follows:

15                              **A. JURISDICTION**

16 1) This complaint alleges that the civil rights of Plaintiff, Jasmine P Sanchez , who presently

17 resides at Ely State Prison, White Pine County, Ely, Nevada, were violated by the actions of the below-

18 named individuals, which were directed against Plaintiff at (Institution where violations occurred)

19 ely State Prison _____, on the following dates: Count I: 6-12-20 ;

   Count II:_____, Count III:_____, (List additional counts and dates, if

20 applicable):_____

21 _____.

22 2) Defendant (Full Name): William RenBart _____, resides at (Full

23 Address): P.O. Box 1989/ ely, NV 89301 _____, and is employed as (Title and Position; if

24 any): A.W.D. warden _____. This defendant is sued in his/her (check one or

25 both):____ Individual ✓ Official capacity. Explain how this defendant was acting under color of

26 law: refuse to Let me file a critical documents to the court's

27 _____

28

3)  Defendant (Full Name):_____, resides at (Full

Address):_____, and is employed as (Title and Position; if

any):_____.  This defendant is sued in his/her (check one or

both):_____Individual _____Official capacity.  Explain how this defendant was acting under color of

law:_____

_____

4)  Defendant (Full Name):_____, resides at (Full

Address):_____, and is employed as (Title and Position; if

any):_____.  This defendant is sued in his/her (check one or

both):_____Individual _____Official capacity.  Explain how this defendant was acting under color of

law:_____

5)  Defendant (Full Name):_____, resides at (Full

Address):_____, and is employed as (Title and Position; if

any):_____.  This defendant is sued in his/her (check one or

both):_____Individual _____Official capacity.  Explain how this defendant was acting under color of

law:_____

_____

**If you are naming more than five (5) defendants,**
**include such within additional pages attached hereto**

7)  Jurisdiction exists for this action under Nev. Const. art. 6, § 6, NRS 41.130 and (check if

applicable:)_____ NRS 41.031 and NRS 41.032, as related to State employees; and/or _____other:

**B. NATURE OF THE CASE**

Briefly state, in numbered paragraphs, the background facts of your case (you may attach additional

pages, in necessary) : On the day of June 12 2020 I made multiple

Request's to have my Legal document's sent out to the court's By

using NSF mailing Service do to the fact that I was a indigent

and still is a indigent inmate! and I was denyed to do so!

1

## C. CAUSE OF ACTION

2  If you have more than three (3) counts, attach additional sheets hereto.

3

### COUNT I

4  The following civil rights have been violated: denyed to file Legal documents's

5

6  in a timely matter

7  _____ Supporting Facts (Include all facts you consider

8  important. State the facts clearly, in your own words, and without citing legal authority or argument. Be

9  sure you describe exactly what each specific defendant (by name) did to violate your rights):

10  I'm a indigent inmate and I was deny Legal envelope's to file

11  my documents's so I've made one of my own and so I was denyed

12  to you use my indigent and envelope to file!

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT II

The following civil rights have been violated: _____

_____

_____ Supporting Facts (Include all facts you consider

important. State the facts clearly, in your own words, and without citing legal authority or argument. Be

sure you describe exactly what each specific defendant (by name) did to violate your rights):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

1

## COUNT III

2    The following civil rights have been violated:_____

3

4    _____ Supporting Facts (Include all facts you consider

5    important. State the facts clearly, in your own words, and without citing legal authority or argument. Be

6    sure you describe exactly what each specific defendant (by name) did to violate your rights):

7

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

26   _____

27   _____

28   _____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the same or similar facts as involved in this action? ____Yes ✓ No (If your answer is "Yes", describe each lawsuit. If more than one, describe others on an additional page using the below outline.)

      a) Defendants:_____

      b) Name of court and case number:_____

      c) Disposition:_____

      d) Issues raised:_____

_____

      e) Approximate date complaint filed:_____

      f) Approximate date of disposition:_____

2) Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g. have your exhausted available administrative grievance procedures per AR 740? ✓ Yes ____No.

If your answer is "No", did you not attempt administrative relief because the dispute the validity of a:

(1)____disciplinary hearing; (2)____state or federal court decision; (3)____state or federal law or regulation; (4)____parole board decision; or (5)✓ other grievance Procedure

If your answer is "Yes", provide the following necessary information: Grievance number: 2006-31-03616

Date and institution where grievance was filed: 6-12-20 .

Response to grievance: denyed

_____

_____

_____

_____

1

## E. REQUEST FOR RELIEF

2          WHEREFORE, Plaintiff, expressly reserving the right herein to include all items of damage,

3   demands judgment against the Defendant(s), as follows:

4   **CLAIM FOR RELIEF FOR PLAINTIFF:**

5   (Check and complete as applicable:)

6
7   1. ✓ Compensatory damages in the amount of $ 10,000 00 as against Defendant(s)

8   ____Special damages in the amount of $_____as against Defendant(s)

9   ____Punitive damages in the amount of $_____as against Defendant(s)

10  ✓ Injunctive relief as follows: to be grant granted a has score 5 do to the

11  fact that I case got time Barred.

12  ____Declaratory judgment as follows:_____
13

14
15  ____Attorney's fees and costs herein.

16  ____Other:_____

17
18  ✓ For such further relief as the Court may deem meet, equitable and proper.

19  Dated this 1 day of July , 20 21 .

20

21  Jasmine Sanchez                              Jasmine Pan

22  (Name of person prepared or                  Sanchez      # 1148512
23  helped prepare this complaint                ELY STATE PRISON
    if not the Plaintiff)                        P.O. BOX 1989
24                                               Ely, NV. 89301

25

26

27

28

1

**VERIFICATION**

2

   Under penalty of perjury, the undersigned declares that he is the Plaintiff in the foregoing

3

complaint and knows the contents thereof; that the pleading is true and of his own knowledge, except as

4

to those matters stated on information and belief, and as to such matters he believes them to be true. I

5

further verify that the foregoing pleading is true and correct, and is made under penalty of perjury without

6

benefit of notary pursuant to NRS 208.165, as I am an incarcerated person.

7

8

9

   Dated this ___ day of __Jɥly_____, 20 2| .

10

11

             Jasmine Paul

12

             Sanchez   #1145512

13

             ELY STATE PRISON
             P.O. BOX 1989

14

             Ely, NV. 89301
             Plaintiff In Pro Se

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  ## AFFIRMATION PURSUANT TO NRS 239B.030

2      The undersigned does hereby affirm that the preceding complaint does not contain the social

3  security number of any person.

4

5

6      Dated this 1 day of July , 20 21 .

7

8                                 Jasmine Paul

9                                 Sanchez   #1148912
                               ELY STATE PRISON

10                                 P.O. BOX 1989
                               Ely, NV. 89301

11                                 Plaintiff In Pro Se

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOG NUMBER: _2006 3103610_

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: _J. Sanchez_                                I.D. NUMBER: _1145512_

INSTITUTION: _esp_                               UNIT: _2A 2K 19_

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _2006-31-03610_ , ON THE
SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION
IS ATTACHED FOR REVIEW.

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: _10-15-20_

WHY DISAGREE: _when I'm Being denyed envelope By Law Library Sandy, Rose and have to make_

_my own Legal envelope's that I've Been making for the Last 2 year's since she Been denying me_

_envelope'the point is I am a NSF inmate So I Sould Beable to use my 1SF on Legal mail_

_also the fact that I am Sending out my Legal mail to the court's why would there Be a need to open_

_out going Legal mail unless your going to replace the envelope?! my Remedy and statement to main's_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _10/19/2_

SECOND LEVEL RESPONSE: _____

_____ _See Attached_ _____

_____ GRIEVANCE UPHELD ___✓___ GRIEVANCE DENIED _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _____ TITLE: _DD_      DATE: _1-21-21_

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: _1/23/2_

INMATE SIGNATURE: _____ DATE: _2-17-21_

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

NOV 02 2020

Deputy Director
Support Services

Ely State Prison

OCT 19 2020

Grievance Coordinator

DOC 3094 (12/01)

# State of Nevada
# Department of Corrections

## INMATE GRIEVANCE REPORT

**ISSUE ID#** 20063103610                    **ISSUE DATE:** 06/24/2020

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| SANCHEZ, JASMINE PAUL | 1148512 | RTRN_L2 | HWICKHAM |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 01/14/2021 | | Denied | KSWAIN | INACTIVE |

| INMATE COMPLAINT |
|---|
| |

| OFFICIAL RESPONSE |
|---|

Inmate Sanchez, I am in receipt of your grievance in regards to legal mail being searched and being denied envelopes. Upon review of your grievance I agree with the past First Level answer that was given. It should also be noted that AR 722 states "Legal supplies will only be provided once per month to indigent and indigent-at-the-moment inmates. Supply quantities are to be issued based on legitimate needs for active litigation on a case-by-case basis. The burden of proof is the responsibility of the inmate." So you will need to make sure you get all the supplies in your request once a month. It also states in AR 722 that "Indigent legal mail may be scanned prior to sealing the envelope" so your mail needs to be searched before it is sent out. Your remedy is noted and rejected. Grievance denied.

GRIEVANCE RESPONDER

Log Number  03610

## NEVADA DEPARTMENT OF CORRECTIONS
### FIRST LEVEL GRIEVANCE

NAME: J. Sancher         I.D. NUMBER: 1489/2

INSTITUTION: ESP         UNIT: 2A 24

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006-31-03610 , IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____         DATE: 7-21-20

WHY DISAGREE: My Remedy and Statment Remane's as Stated
Send my Legal mail out By NSF Since I am a NSF
inmate,

GRIEVANCE COORDINATOR SIGNATURE: _____         DATE: 7/24/20

FIRST LEVEL RESPONSE: _____

                    See Attached.

_____ GRIEVANCE UPHELD  |X| GRIEVANCE DENIED _____   ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _____   TITLE: AW   DATE: 10/07/20

GRIEVANCE COORDINATOR SIGNATURE: _____         DATE: 9/6/20

_____ INMATE AGREES _____ INMATE DISAGREES

INMATE SIGNATURE: _____         DATE: 10-15-20

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

RECEIVED

Ely State Prison

Ely State Prison

NOV 0 2 2020

OCT 19 2020

JUL 27 2020

Deputy Director
Support Services

Grievance Coordinator

Grievance Coordinator

DOC 3093 (12/01)



# State of Nevada
# Department of Corrections

### INMATE GRIEVANCE REPORT

**ISSUE ID#** 20063103610

**ISSUE DATE:** 06/24/2020

| INMATE NAME | | NDOC ID | TRANSACTION TYPE | ASSIGNED TO | |
|---|---|---|---|---|---|
| SANCHEZ, JASMINE PAUL | | 1148512 | RTRN_L1 | WREUBART | |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 10/05/2020 | 4 | Denied | TBALTIERRA | INACTIVE |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

HRP Inmate Sanchez 1148912

I am in receipt of your First grievance log number 2006.31.03610 in regards to your legal mail not being mailed out via NSF.

HRP Inmate Sanchez the envelope you provided was not marked by the ESP Law Library for use as indigent legal mail. Additionally the envelope provided by you was 3 altered envelopes put together. PER AR 722 the Law library will provide you with 4X9, 9x12 or 10x15 envelopes for you to ship out your legal mail. Please review AR 722 to ship out your indigent legal mail appropriately. Due to these facts your grievance is denied.

GRIEVANCE RESPONDER
EV State Prison

Grievance Coordinator

Log Number 2006 31. 0360

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: J. Sancher                      I.D. NUMBER: 1148512

INSTITUTION: esp                      UNIT: 2A 24

GRIEVANT'S STATEMENT: I never ever Refused anything!
Remedy. Send my @ Legal mail out By NSF

### SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: _____ DATE: 6-12-20 TIME: 6:12 PM

GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 6/29/20 TIME: 6/29/21

GRIEVANCE RESPONSE: _____

See Attach

CASEWORKER SIGNATURE: _____ DATE: 07/16/20

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ DATE: 7/13/20

___ INMATE AGREES ___ INMATE DISAGREES

INMATE SIGNATURE: _____ DATE: 7-21-20

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY
BE PURSUED IN THE EVENT THE INMATE DISAGREES.

Original:           To inmate when complete, or attached to formal grievance
Canary:             To Grievance Coordinator
Pink: Ely State Prison's receipt when formal grievance filed
Gold:               Inmate's initial receipt

Ely State Prison                Ely State Prison

OCT 19 2020        JUL 27 2020        JUN 23 2020

Grievance Coordinator        Grievance Coordinator        Grievance Coordinator
                                                          DOC 3091 (12 / 01)



# State of Nevada
# Department of Corrections

INMATE GRIEVANCE REPORT

## ISSUE ID# 20063103610

## ISSUE DATE: 06/24/2020

| INMATE NAME | | NDOC ID | TRANSACTION TYPE | | ASSIGNED TO | |
|---|---|---|---|---|---|---|
| SANCHEZ, JASMINE PAUL | | 1148512 | RTRN_INF | | WREUBART | |
| **LEVEL** | **TRANSACTION DATE** | **DAYS LEFT** | **FINDING** | **USER ID** | | **STATUS** |
| IF | 07/13/2020 | 5 | Denied | TBALTIERRA | | INACTIVE |

### INMATE COMPLAINT

### OFFICIAL RESPONSE

HRP Inmate Sanchez #1148512

I am in receipt of your grievance log number 2006.31.03610 in regard to your legal mail not being sent out.

HRP Inmate Sanchez you have refused to let legal mail delivery staff search your legal mail on multiple occasions (6/9/02020, 6/10/2020 and again on 6/12/2020) also see IR-2020-ESP-001149. Mail was being returned to you due to being short on postage it still has to be searched by mail room staff per AR 722.09 which you refused to allow. Due to these facts your grievance denied.

GRIEVANCE DENIED

GRIEVANCE RESPONDER

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.4
Run Date: JUL-13-20 06:57 AM
OCT 19 2020

Ely State Prison

JUL 27 2020

Page 1 of 2

Grievance Coordinator

Grievance Coordinator

A24

## NEVADA DEPARTMENT OF CORRECTIONS
## UNAUTHORIZED MAIL NOTIFICATION

TO: Sanchez, Josmine                     NDOC # 1148512

FROM: MAILROOM OFFICER ___Little___      FINAL DATE FOR DISPOSITION
                                         OF UNAUTHORIZED MAIL: _____

RECEIVED: _____            6-19-2020
                                         (DATE)

Returned Legal mail due to short postage 0.80¢

Inmate Refused to recieve

                              TO:
                              U.S District Court Office of
                              the Clerk
                              400 S Virginia St Rm 301
                              Reno NV 89501

You have ten (10) working days from this date to inform the Mailroom Officer, in writing, of what you want done with this mail. Your choices are:

_____  1.  Ship or mail out at your expense;

_____  2.  Have the unauthorized mail disposed of according to NDOC procedures; or,

         3.  Appeal the decision through the inmate grievance process.

If the Mailroom Officer does not receive the above information within ten (10) days, this mail will be destroyed.

## THIS IS THE ONLY NOTICE YOU WILL RECEIVE

___Little___                             6-12-2020
(MAILROOM OFFICER SIGNATURE)             (DATE)

White:      Inmate
Yellow:     Mailroom
Pink:       Attach to Unauthorized Mail    **Ely State Prison**        Ely State Prison
    Ely State Prison
                                           JUL 27 2020                 JUN 23 2020
    OCT 19 2020
                                           Grievance Coordinator       Grievance Coordinator
Grievance Coordinator
                                                                       DOC 1518 (1/04)